**KATHERINE Q. MOORHEAD, v. JOHN T. MOORHEAD**

23 So. (2nd) 528                                                June Term, 1945
October 12, 1945                                               Division A

*Moreland E. Maddox,* for appellant.
*Wylie & Warren,* for appellee.

PER CURIAM:

The record and the briefs in this cause have been examined and we find no reversible error. The judgment appealed from is therefore affirmed.

Affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.